DANIEL H. HANDMAN (SBN 236345)
dhandman@hkemploymentlaw.com
NETTA ROTSTEIN (SBN 318221)
nrotsteinhkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard
Suite 600
Santa Monica, CA 90401
Telephone: (310) 255-0705
Facsimile: (310) 255-0986

Attorneys for Defendant
WORLDWIDE FLIGHT SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGOTH GUZMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>WORLDWIDE FLIGHT SERVICES, INC.; a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>        Defendants. | Case No.<br><br>[Los Angeles County Superior Court Case No. 21STCV16884]<br><br>**DECLARATION OF BARON OURSLER IN SUPPORT OF DEFENDANT'S REMOVAL TO FEDERAL COURT OF STATE COURT ACTION PURSUANT TO 28 U.S.C. §§ 1332, 1441 (A)(B), AND 1446**<br><br>[Filed Concurrently with Notice of Removal; Notice of Interested Parties]<br><br>**Complaint Filed:** May 5, 2021 |

///

///

///

## **DECLARATION OF BARON OURSLER**

I, Baron Oursler, do hereby state and declare as follows:

1. I am presently employed as the Senior Vice President, General Counsel of Worldwide Flight Services, Inc. ("WFS").

2. The information set forth in this affidavit is based upon my personal knowledge or knowledge obtained from a review of records maintained in the ordinary course of business to which I have access in my capacity as General Counsel.

3. WFS is a corporation, existing under the laws of the State of Delaware. A statement from the Delaware Department of State, Division of Corporations indicating that WFS is incorporated in Delaware is attached as **Exhibit A**.

4. WFS's principal place of business is New York; it is headquartered in the John F. Kennedy International Airport, Jamaica, New York 11430.  *See* **Exhibit B**. It is from New York that WFS's corporate officers and various members of senior management direct, control, and coordinate WFS's corporate activities and establish its overall corporate policy.  A significant portion of WFS's books and records are also created, stored, and maintained in New York.

5. Furthermore, WFS has significant business dealings in New York; it negotiates and executes contracts, has bank accounts and investments, and employs several hundred employees all in New York.

6. Plaintiff Margoth Guzman ("Ms. Guzman") is a currently employed by WFS. Ms. Guzman works for WFS in Los Angeles, California out of its Los Angeles International Airport location.

7. Pursuant to her employment records, as well as the administrative complaint filed with the California Department of Fair Employment and Housing, Ms. Guzman resides in and is a citizen of California. *See* **Exhibit C**.

8. As Ms. Guzman and WFS do not share common citizenship, they are completely diverse parties for purposes of removal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 25, 2021, at Dallas, Texas.

By: _____

Baron Oursler

3

CASE NO.

# EXHIBIT A

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 2023118 | Incorporation Date / Formation Date: | 12/12/1983 (mm/dd/yyyy) |
| Entity Name: | WORLDWIDE FLIGHT SERVICES, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information

[Submit]

[View Search Results]                    [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# EXHIBIT B



AWB TRACKING  GO

(/)



# CONTACT

If you have a specific business opportunity you want us to consider or have any questions about our services and network, we would love to hear from you. Your request will be forwarded to the most relevant person in WFS and they will reply to you directly.

Thank you for contacting us.

Name

Email

Company

Select your location of interest

Message

SEND

# OUR REGIONAL HEADQUARTERS

## Europe



6, rue du Pavé Zone de Fret 6
BP 11546 95709 Roissy CDG
**FRANCE**


+33 1 70 76 00 00


info@wfs.aero (mailto:info@wfs.aero)

## The Americas



CAS/WFS
Room 361 – B151, E. Hangar Road
Cargo Area A, JFK International Airport-Jamaica, NY.  11430
**USA**


+ 718 244-0900


infoamerica@wfs.aero (mailto:infoamerica@wfs.aero)

## Asia Pacific, Africa & Middle East



Worldwide House
1501A 19 Des Voeux Road Central
**HONG KONG**



+852 2801 2980



info@worldwideflight.com.hk (mailto:info@worldwideflight.com.hk)

## OUR NETWORK

WFS is one of the world's leading ground handling organisations, providing high quality cargo, passenger, premium, ramp, baggage and technical services across a network spanning over 170 locations in more than 22 countries on five continents.

Search the network by airport name, or IATA code                                                                                                   GO

Or select a location below:

ALL          EUROPE          NORTH AMERICA          LATIN AMERICA          AFRICA
(/our-network/?continent=all) (/our-network/?continent=europe) (/our-network/?continent=north-america) (/our-network/?continent=north-america) (/our-network/?continent=africa) (/our-network/?continent=asia-middle-east)

ASIA & MIDDLE EAST



| CARGO | (/our-network/?service=cargo) | PASSENGER | (/our-network/?service=passenger) | RAMP | (/our-network/?service=ramp) | TECHNICAL | (/our-network/?service=technical) | BAGGAGE | (/our-network/?service=baggage) | PREMIUM | (/our-network/?service=premium) |

**Home** (https://www.wfs.aero/)
**Our Network** (https://www.wfs.aero/our-network/)
**Careers** (https://www.wfs.aero/careers/)
**Partners** (https://www.wfs.aero/partners/)
**Contact** (https://www.wfs.aero/contact/)

**Services** (https://www.wfs.aero/services/)
Cargo (https://www.wfs.aero/services/cargo/)
Passenger (https://www.wfs.aero/services/passenger/)
Ramp (https://www.wfs.aero/services/ramp/)
Baggage Handling (https://www.wfs.aero/services/baggage-handling/)
Technical (https://www.wfs.aero/services/technical/)
Premium (https://www.wfs.aero/services/premium/)

**About Us** (https://www.wfs.aero/about-us/)
Our People (https://www.wfs.aero/?page_id=33)
Corporate Social Responsibility (https://www.wfs.aero/about-us/corporate-responsibility/)

**Legal** (https://www.wfs.aero/legal-information/)
Legal information (https://www.wfs.aero/legal-information/)
Data Privacy Policy (https://www.wfs.aero/wp-content/uploads/2020/06/200622-Data-Privacy-Policy-.pdf)
Cookies Policy (https://www.wfs.aero/wp-content/uploads/2019/01/190110-WFS-COOKIES-POLICY-1.pdf)
CCPA (https://www.wfs.aero/wp-content/uploads/2021/03/CCPA-1.pdf)

**Resources** (https://www.wfs.aero/resources/)
Media Gallery (https://www.wfs.aero/resources/)
Member Login (https://www.wfs.aero/resources/)



© WORLDWIDE FLIGHT SERVICES   f (https://www.facebook.com/worldwideflightservices/?eid=ARD4xR-p4Czt0Om5ZKw_xjNyMXV4AotSko5jtaPgkGVUtNveGJHKBdgAF0LLG4vZIMnnpafhakO_3d9z)   in (https://fr.linkedin.com/company/worldwide-flight-services)   (https://www.instagram.com/wfs.worldwideflightservices/)   (https://www.youtube.com/channel/UCtbyoA4iQ3ACnbR0b1pH4CQ)

# EXHIBIT C

**COMPLAINT OF EMPLOYMENT DISCRIMINATION
BEFORE THE STATE OF CALIFORNIA
DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING
Under the California Fair Employment and Housing Act
(Gov. Code, § 12900 et seq.)**

**In the Matter of the Complaint of**
  Margoth Alicia Guzman                                          DFEH No. 202006-10389211

                              Complainant,
vs.

  Worldwide Flight Services, Inc.
  5758 West Century Blvd.
  Los Angeles, California 90018

  Worldwide Flight Services, Inc.
  151 East Hangar Road, Suite 337
  Jamaica, New York 11430

                    Respondents
_____

1. Respondent **Worldwide Flight Services, Inc.** is an **employer** subject to suit under the California Fair Employment and Housing Act (FEHA) (Gov. Code, § 12900 et seq.).

2. Complainant **Margoth Alicia Guzman**, resides in the City of ▮▮▮▮▮▮▮▮ State of **California.**

3. Complainant alleges that on or about **May 5, 2020**, respondent took the following adverse actions:

**Complainant was harassed** because of complainant's race, ancestry, national origin (includes language restrictions), sex/gender, family care or medical leave (cfra) (employers of 50 or more people), disability (physical or mental), age (40 and over), sexual harassment- hostile environment, association with a member of a protected class.

**Complainant was discriminated against** because of complainant's race, ancestry, national origin (includes language restrictions), sex/gender, family care or medical leave (cfra) (employers of 50 or more people), disability (physical or mental), age (40 and over), sexual harassment- hostile environment, association with a member of a

-1-
*Complaint – DFEH No. 202006-10389211*

Date Filed: June 10, 2020

1
2
3

protected class and as a result of the discrimination was denied hire or promotion, reprimanded, demoted, denied any employment benefit or privilege, denied reasonable accommodation for a disability, denied family care or medical leave (cfra) (employers of 50 or more people), denied work opportunities or assignments.

4
5
6
7
8

**Complainant experienced retaliation** because complainant reported or resisted any form of discrimination or harassment, requested or used a disability-related accommodation, requested or used leave under the california family rights act or fmla (employers of 50 or more people) and as a result was denied hire or promotion, reprimanded, demoted, denied any employment benefit or privilege, denied reasonable accommodation for a disability, denied family care or medical leave (cfra) (employers of 50 or more people).

9
10
11
12

**Additional Complaint Details:** On or about April 28, 2008, Respondent hired me as a Shipping Clerk. But in 2019 I was demoted to Warehouse Janitor. My job duties include, but are not limited to, cleaning the lunch area three times per day, cleaning the microwaves, refrigerators, and tables, cleaning six (6) offices, cleaning the entire warehouse, and cleaning the hallways. I earns an hourly wage of $20.56.

13
14
15
16
17

On or about August 11, 2017, I filed a sexual harassment claim against a co-worker, ▓▓▓▓▓▓▓"), with Respondent's Human Resources Department ("HR"). However, it took Respondent over six (6) months to take any action to remedy the situation. Respondent eventually changed ▓▓▓ schedule so ▓▓▓ and I would not encounter each other, but for six (6) long months I continued to suffer from sexual harassment. As a result of Respondent's unreasonable delay, I suffered severe stress, anxiety, and depression. I had expressed this to HR, but Respondent failed to provide workers' compensation paperwork, failed to engage in a good faith interactive process, and failed to offer an accommodation.

18
19
20
21
22

After my engagement in protected activity, Respondent and its agents began harassing, discriminating, and retaliating against me. I was demoted from the position of Shipping Clerk to Warehouse Janitor. Furthermore, I was belittled and harassed by my supervisor, ▓▓▓▓▓▓▓ ("▓▓▓▓"). ▓▓▓▓ would scream at me to work faster, criticize my work, continuously yell demands, and always speak to me in a demeaning manner. This ill treatment further exacerbated my disability, stress, and anxiety.

23
24
25

At the age of 67, I am one of the oldest employees working for Respondent. I believe this is another basis for Respondent's harassment, discrimination, and retaliation. One of Respondent's agents, ▓▓▓▓▓▓▓▓▓▓ ("▓▓▓▓▓") began making offensive derogatory remarks at me in or around August 2019. ▓▓▓▓ told me that I am "too slow," "lazy," and "just here for an easy paycheck!" This could

26
27
28

-2-
Complaint – DFEH No. 202006-10389211

Date Filed: June 10, 2020

not be further from the truth, as my job duties had become much more physically demanding after my demotion to janitorial duties.

Furthermore, ▬▬▬▬ discriminated against me due to my race and national origin. On one such occasion, ▬▬▬▬ offensively yelled at me, "I'm going to send you to Tijuana!" Appalled and hurt, I pointed out to ▬▬▬▬ that even though I do not speak English, I am still a United States Citizen and his mistreatment of me is not only immoral, but abhorrent. A coworker had overheard ▬▬▬▬ scream this at me and reported the incident to HR. HR again sat back and watched my abuse continue.

My work-related stress and anxiety became so intensified and serious that I developed severe stomach problems and pain to the point where I was placed off of work for approximately one (1) week. Respondent still refused to provide workers' compensation paperwork, refused to accommodate her, and refused to engage her in a good-faith interactive process.

Moreover, Respondent further retaliated against me by alleging that I owed Respondent 87 hours in "sick days." I went to HR to ask for an explanation as to how I owe sick days, and instead of giving me a proper answer, HR confused me even more and told me that for every 30 hours that I work, they will take off one hour of sick leave that I allegedly owe. I still do not know why I owe Respondent any sick leave hours.

On or about December 26, 2019, I filed another complaint with HR regarding the toxic environment I had to work in and the harassment I suffered on a daily basis. I pleaded that HR help me and intervene in some way because my stress and anxiety had become intolerable. Still, Respondent and HR turned a blind eye and took no action to protect me. At 67 years of age, abuse in the work-place should be the last thing I should have to worry about.

On or about May 5, 2020, another of Respondent's agents, ▬▬▬▬ (▬▬▬"), began retaliating against me due to my engagement in the protected activity of filing complaints about the hostile work environment. ▬▬▬ began harassing me. ▬▬▬ followed me around, berating and yelling at me without cause. He ordered me to perform an unrealistic number of tasks at the same time. ▬▬▬ was aggressive in his demeanor, terrifying me to the point where I feared for my safety.

As the harassment escalated and the work environment became more toxic, I filed yet another complaint with HR. But once again, Respondent took no action to stop or prevent the harassment from occurring. This continued belittlement on a

-3-
Complaint – DFEH No. 202006-10389211

Date Filed: June 10, 2020

1 daily basis is exacerbating my stress and anxiety. Respondents agents speak to me in such a demeaning manner in an attempt to force me to quit.

After 12 years of loyal and dedicated service, I am forced to work in a hostile work environment where my stress and anxiety continue to escalate. I feel like a second-class citizen due to the cruelty and maltreatment I continue to endure.  It is my position that I suffer discrimination, harassment, and retaliation for my participation in protected conduct, filing/perceiving filing for workers' compensation, work-related disabilities, complaining about my work-related disabilities, requests for accommodation, race, national origin, sex, and age. Further, Respondent failed to provide workers' compensation paperwork, failed to offer any reasonable accommodation and refused to engage me in a good faith interactive process.

-4-
*Complaint – DFEH No. 202006-10389211*

Date Filed: June 10, 2020

1 VERIFICATION

2 I, **Margoth Alicia Guzman**, am the **Complainant** in the above-entitled complaint. I have read the foregoing complaint and know the contents thereof. The same is true of my own knowledge, except as to those matters which are therein alleged on information and belief, and as to those matters, I believe it to be true.

On June 10, 2020, I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[signature redacted]

-5-
*Complaint – DFEH No. 202006-10389211*

Date Filed: June 10, 2020

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and a resident of the State of Firm State, over the age of eighteen years, and not a party to the within action. My business address is 233 Wilshire Boulevard, Suite 600, Santa Monica, California 90401. On **June 30, 2021**, I served the following document(s) by the method indicated below:

**DECLARATION OF BARON OURSLER IN SUPPORT OF DEFENDANT'S REMOVAL TO FEDERAL COURT OF STATE COURT ACTION PURSUANT TO 28 U.S.C. §§1332, 1441 (A)(b), AND 1446**

[X] **BY E-MAIL.** *Due to the National Emergency and public health orders in California related to the coronavirus and COVID-19 pandemic, Hirschfeld Kraemer LLP attorneys and staff are working remotely and therefore have limited capabilities to send physical mail in the normal course of business. On this date, I personally transmitted the foregoing document(s) using electronic mail to the e-mail address(es) of the person(s) on the attached service list.*

[ ] by **electronic Filing:** I hereby certify that on June 30, 2021, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

[ ] by placing the document(s) listed above in a sealed envelope(s) and consigning it to an **express mail service** for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

| | |
|---|---|
| Jihad M. Smaili, Esq. | Telephone: (714) 547-4700 |
| SMAILI & ASSOCIATES, PC | Facsimile:  (714) 547-4710 |
| Civic Center Plaza Towers | Email: jihad@smaililaw.com |
| 600 W. Santa Ana Blvd., Suite 202 | stephen@smaililaw.com |
| Santa ana, CA 92701 | |

Attorneys for Plaintiff *Margoth Guzman*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed by an officer of a member of the bar of this Court at whose direction the service was made. Executed on **June 30, 2021** at Santa Monica, California.

*Mayra L. Vera*

4

CASE NO.