DANIEL H. HANDMAN (SBN 236345)
dhandman@hkemploymentlaw.com
NETTA ROTSTEIN (SBN 318221)
nrotsteinhkemploymentlaw.com
HIRSCHFELD KRAEMER LLP
233 Wilshire Boulevard
Suite 600
Santa Monica, CA  90401
Telephone:  (310) 255-0705
Facsimile:  (310) 255-0986

Attorneys for Defendant
WORLDWIDE FLIGHT SERVICES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGOTH GUZMAN,<br><br>             Plaintiff,<br><br>vs.<br><br>WORLDWIDE FLIGHT SERVICES, INC.; a corporate entity form unknown; and DOES 1-50, inclusive,<br><br>             Defendants. | Case No.<br><br>[Los Angeles County Superior Court Case No.  21STCV16884]<br><br>**NOTICE OF INTERESTED PARTIES**<br><br>[Filed Concurrently with Notice of Removal and Supporting Declaration of Baron Oursler]<br><br>**Complaint Filed:**     May 5, 2021 |

The undersigned counsel of record for Defendant WORLDWIDE FLIGHT SERVICES, INC. certifies that pursuant to Federal Rules of Civil Procedure Rule 7.1 and Local Rule 7.1-1, the following listed parties have a direct pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

   1.     Plaintiff Margoth Guzman;

1     2.     Worldwide Flight Services, Inc.; and,

2     3.     Worldwide Flight Services Holdings, Inc.

Dated: July 1, 2021                      HIRSCHFELD KRAEMER LLP

By: _____
                                           Daniel H. Handman
                                           Netta Rotstein

Attorneys for Defendant
WORLDWIDE FLIGHT SERVICES, INC.

CASE NO. 20STCV37299

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am a citizen of the United States and a resident of the State of Firm State, over the age of eighteen years, and not a party to the within action. My business address is 233 Wilshire Boulevard, Suite 600, Santa Monica, California 90401. On **July 1, 2021**, I served the following document(s) by the method indicated below:

## NOTICE OF INTERESTED PARTIES

☒ *BY E-MAIL. Due to the National Emergency and public health orders in California related to the coronavirus and COVID-19 pandemic, Hirschfeld Kraemer LLP attorneys and staff are working remotely and therefore have limited capabilities to send physical mail in the normal course of business. On this date, I personally transmitted the foregoing document(s) using electronic mail to the e-mail address(es) of the person(s) on the attached service list.*

☐ by **electronic Filing:** I hereby certify that on July 1, 2021 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

☐ by placing the document(s) listed above in a sealed envelope(s) and consigning it to an **express mail service** for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below.

| | |
|---|---|
| Jihad M. Smaili, Esq.<br>SMAILI & ASSOCIATES, PC<br>Civic Center Plaza Towers<br>600 W. Santa Ana Blvd., Suite 202<br>Santa ana, CA 92701 | Telephone: (714) 547-4700<br>Facsimile:  (714) 547-4710<br>Email: jihad@smaililaw.com<br>          stephen@smaililaw.com |

Attorneys for Plaintiff *Margoth Guzman*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I am employed by an officer of a member of the bar of this Court at whose direction the service was made. Executed on **July 1, 2021** at Santa Monica, California.

*Mayra L. Vera*
Mayra L. Vera

CASE NO. 20STCV37299